**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Venita K Clay** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 17-13073 | | |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim | *Column C* Unsecured portion If any |
|---|---|---|---|---|

**2.1** | **American Credit Financial Services, Inc.** | Describe the property that secures the claim: | $3,728.15 | $584.00 | $3,144.15

Creditor's Name

**2001 Pontiac Grand Am 200,000 miles**
**Location: 7742 Cedarbrook Avenue, Philadelphia PA 19150**

**dba GM Financial**
**PO Box 183853**
**Arlington, TX 76096**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Auto Loan**

Date debt was incurred  **6/17/2007**    Last 4 digits of account number  **2282**

**2.2** | **City of Philadelphia Department of** | Describe the property that secures the claim: | $1,244.45 | $119,800.00 | $0.00

Creditor's Name

**Revenue - Water Revenue Bureau Municipal Services Building**
**1401 JFK Boulevard, Concourse Level**
**Philadelphia, PA 19102-1633**

Number, Street, City, State & Zip Code

**7742 Cedarbrook Avenue Philadelphia, PA 19150  Philadelphia County**
**FMV based on Philadelphia OPA valuation:  $119,800**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

Debtor 1  **Venita K Clay**
    First Name    Middle Name    Last Name

Case number (if know)  **17-13073**

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**  **1/1/2017**    **Last 4 digits of account number**  **7500**

---

| 2.3 | **JP Morgan Chase, N.A.**<br>Creditor's Name<br><br>**3415 Vision Drive**<br>**Columbus, OH 43219**<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br><br>**7742 Cedarbrook Avenue**<br>**Philadelphia, PA 19150  Philadelphia**<br>**County**<br>**FMV based on Philadelphia OPA**<br>**valuation:  $119,800**<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $77,833.11 | $119,800.00 | $0.00 |

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Mortgage**

**Date debt was incurred**  **12/2000**    **Last 4 digits of account number**  **1798**

---

| 2.4 | **Philadelphia Gas Works**<br>Creditor's Name<br><br>**c/o City of Philadephia Law Department**<br>**1515 Arch Street, 14th Floor**<br>**Philadelphia, PA 19102**<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br><br>**7742 Cedarbrook Avenue**<br>**Philadelphia, PA 19150  Philadelphia**<br>**County**<br>**FMV based on Philadelphia OPA**<br>**valuation:  $119,800**<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $9,315.58 | $119,800.00 | $0.00 |

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**  **7/24/2006**    **Last 4 digits of account number**  **1323**

---

| 2.5 | **Regional Acceptance Corporation**<br>Creditor's Name<br><br>**1424 Fire Tower Road**<br>**Greenville, NC 27858**<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br><br>**2013 Kia Sorento EX Sport Utility 4D**<br>**95000 miles**<br>**Location: 7742 Cedarbrook Avenue,**<br>**Philadelphia PA 19150**<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated | $17,567.00 | $9,029.00 | $8,538.00 |

| Debtor 1 | **Venita K Clay** | | Case number (if know) | **17-13073** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

■ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Auto Loan**

**Date debt was incurred**  **09/20/2015**     **Last 4 digits of account number**  **0832**

---

| 2.6 | **Water Revenue Bureau** | Describe the property that secures the claim: | $378.02 | $119,800.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o City of Philadelphia
Law Department
Municipal Services
Building, 5th Floor
1404 JFK Boulevard
Philadelphia, PA 19102**

Number, Street, City, State & Zip Code

**7742 Cedarbrook Avenue
Philadelphia, PA 19150  Philadelphia County
FMV based on Philadelphia OPA valuation:  $119,800**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred**  **4-2-2007**     **Last 4 digits of account number**  **0037**

---

| 2.7 | **Water Revenue Bureau** | Describe the property that secures the claim: | $4,031.58 | $119,800.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o City of Philadelphia
Law Department
Municipal Services
Building, 5th Floor
1404 JFK Boulevard
Philadelphia, PA 19102**

Number, Street, City, State & Zip Code

**7742 Cedarbrook Avenue
Philadelphia, PA 19150  Philadelphia County
FMV based on Philadelphia OPA valuation:  $119,800**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred**  **5-13-2013**     **Last 4 digits of account number**  **0313**

---

| 2.8 | **Water Revenue Bureau** | Describe the property that secures the claim: | $2,758.69 | $119,800.00 | $0.00 |
|---|---|---|---|---|---|

| Debtor 1 | **Venita K Clay** | | Case number (if know) | **17-13073** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

Creditor's Name
**c/o City of Philadelphia Law Department Municipal Services Building, 5th Floor 1404 JFK Boulevard Philadelphia, PA 19102**

Number, Street, City, State & Zip Code

**7742 Cedarbrook Avenue Philadelphia, PA 19150  Philadelphia County**
**FMV based on Philadelphia OPA valuation:  $119,800**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ___

Date debt was incurred  **12-4-2014**      Last 4 digits of account number  **0673**

---

Add the dollar value of your entries in Column A on this page. Write that number here:  **$116,856.58**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  **$116,856.58**

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐  Name, Number, Street, City, State & Zip Code
**City of Philadelphia**
**c/o Law Department**
**1515 Arch Street, 14th Floor**
**Philadelphia, PA 19102**

On which line in Part 1 did you enter the creditor?  **2.2**
Last 4 digits of account number  **7500**

☐  Name, Number, Street, City, State & Zip Code
**City of Philadelphia Department of Revenue - Water Revenue Bureau**
**Municipal Services Building**
**1401 JFK Boulevard, Concourse Level**
**Philadelphia, PA 19102-1633**

On which line in Part 1 did you enter the creditor?  **2.6**
Last 4 digits of account number ___

☐  Name, Number, Street, City, State & Zip Code
**City of Philadelphia Department of Revenue - Water Revenue Bureau**
**Municipal Services Building**
**1401 JFK Boulevard, Concourse Level**
**Philadelphia, PA 19102-1633**

On which line in Part 1 did you enter the creditor?  **2.7**
Last 4 digits of account number  **0313**

☐  Name, Number, Street, City, State & Zip Code
**City of Philadelphia Department of Revenue - Water Revenue Bureau**
**Municipal Services Building**
**1401 JFK Boulevard, Concourse Level**
**Philadelphia, PA 19102-1633**

On which line in Part 1 did you enter the creditor?  **2.8**
Last 4 digits of account number  **0673**

| Debtor 1 | **Venita K Clay** | | | Case number (if know) | **17-13073** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☐ Name, Number, Street, City, State & Zip Code
**KML Law Group, P.C.**
**BNY Mellon Independence Center, Ste 500**
**Attn:  Crystal T. Espanol, Esq.**
**701 Market Street**
**Philadelphia, PA 19106-1532**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number  **2309**

---

☐ Name, Number, Street, City, State & Zip Code
**Philadelphia Gas Works**
**800 W. Montgomery Avenue**
**Philadelphia, PA 19122**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number  **1323**

---