UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Venita K. Clay | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Bankruptcy No. 17-13073-jkf |

## Objection to Proof of Claim

Debtor, by counsel, objects to **Proof of Claim Number One**, filed by **AmeriCredit Financial Service, Inc. dba GM Finance** in the amount of **$4,346.74** and assigns the following reasons for same:

1. The proof of claim should be expunged to the extent that it is attempting to obtain post-petition interest in violation of section 502(b)(2) of the Bankruptcy Code.  The creditor is attempting to include or preserve $618.00 of post-petition interest as part of its claim.

**WHEREFORE**, Debtor respectfully requests that this Court disallow the proof of claim filed by **AmeriCredit Financial Service, Inc. dba GM Finance**, and order such other and further relief as is just and proper.

Date:  October 11, 2017

_____
Henry A. Jefferson, Esq.
Attorney for Debtor