UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Venita K. Clay,                : Chapter    13
                                       :
         Debtor(s)                     : Case No.   17-13073-jkf

\* \* \* \* \* \* \*

NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**To:  AmeriCredit Financial Services, Inc. dba GM Finance**

**The objector, <u>Venita K. Clay</u>, has filed an objection to the proof of claim you filed in this bankruptcy case.**

**<u>Your claim may be reduced, modified, or eliminated</u>. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Jean K. FitzSimon on 11/16/2017, at 9:30 a.m., in Courtroom 3, United States Bankruptcy Court, E.D. PA 900 Market Street, Suite 400 Philadelphia, PA 19107-4299.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date:  October 11, 2017            Signed:  _____
                                            Attorney for the Debtor(s)

                                   Henry A. Jefferson, Esq.
                                   Jefferson Law, LLC
                                   BNY Mellon Center
                                   1735 Market Street, Suite 3750
                                   Philadelphia, PA 19103
                                   Tel.: (215) 399-0911
                                   Fax: (267) 399-3035