*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Venita K Clay
    Debtor(s)

Case No: 17–13073–jkf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for Failure to Pay the Final
Installment Payment in the amount
of $76.00

will be held before the Honorable Jean K. FitzSimon, United States Bankruptcy Court

on: 11/15/17

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: October 31, 2017

34
Form 175