IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                          :
                                                :       In Chapter 13
         VENITA K. CLAY                         :
                                                :       Bankruptcy No. 17-13073 (JKF)
                                    Debtor.     :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed First Amended Chapter 13 Plan (Document #38) which was filed on November 2, 2017.

        Respectfully submitted,

        THE CITY OF PHILADELPHIA

Dated: December 22, 2017      By:   */s/ Joshua Domer* _____
        JOSHUA DOMER
        Assistant City Solicitor
        PA Attorney I.D. 319190
        Attorney for the City of Philadelphia
        City of Philadelphia Law Department
        Municipal Services Building
        1401 JFK Boulevard, 5th Floor
        Philadelphia, PA  19102-1595
        215-686-0519 (phone)
        Email: Joshua.Domer@phila.gov