IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: VENITA K. CLAY )<br>**Debtor(s)** )<br>)<br>AMERICREDIT FINANCIAL )<br>SERVICES, INC. dba GM FINANCIAL )<br>**Moving Party** )<br>)<br>v. )<br>)<br>VENITA K. CLAY )<br>**Respondent(s)** )<br>)<br>FREDERICK L. REIGLE )<br>**Trustee** )<br>)<br>_____ ) | CHAPTER 13<br><br>Case No.: 17-13073 (JKF) |

## **PRAECIPE WITHDRAWING GM FINANCIAL'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw GM Financial's Objection To Confirmation, filed on or about November 2, 2017 in the above-referenced case, number 36 on the docket.

Date: 12/29/17

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for AmeriCredit Financial Services, Inc.
dba GM Financial