**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  **VENITA K. CLAY** | **BANKRUPTCY CASE** |
| **Debtor** | **NO.: 17-13073** |
| | |
| **Regional Acceptance Corporation** | **CHAPTER 13** |
| **Movant** | |
| **v.** | |
| | |
| **Venita K. Clay** | |
| **Respondent** | |

**CERTIFICATION OF NO RESPONSE and
REQUEST FOR ENTRY OF STAY RELIEF ORDER**

I, Peter E. Meltzer, counsel for Regional Acceptance Corporation, hereby certify that:

1.  On February 2, 2018, I caused to be served on the Debtor, Debtor's counsel and the Trustee the Motion of Movant for Stay Relief in the above matter, a proposed form of Order and the Notice of Response Deadline and Hearing Date.   I filed a Certificate of Service with the Court on the same date indicating service of the above documents on the above individuals.

2.  Under the Notice of Motion, a response was due on or before February 19, 2018.

3.  A hearing on Movant's Motion is scheduled for February 28, 2018.

4.  No response was filed by the Debtor to the Motion as of the date hereof.

5.  Based on the foregoing, it is hereby respectfully requested that Movant's Motion for Relief from Stay be granted.

**WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP**

Dated: February 20, 2018            _____/s/    PETER E. MELTZER_____
Peter E. Meltzer, Esquire
2000 Market Street, 13th Floor
Philadelphia, PA 19103
267-295-3363
Attorneys for Movant