Certificate Number: 14912-PAE-DE-031121195

Bankruptcy Case Number: 17-13073



14912-PAE-DE-031121195

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 2, 2018, at 9:45 o'clock AM EDT, Venita Clay completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 2, 2018                By:   /s/Jai Bhatt

                                    Name: Jai Bhatt

                                    Title:  Counselor