## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Venita K. Clay | CHAPTER 13 |
| Debtor | |
| JPMorgan Chase Bank, National Association | |
| Movant | |
| vs. | |
| | NO. 17-13073 JKF |
| Venita K. Clay | |
| Debtor | |
| Frederick L. Reigle Esq. | |
| Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this  28th  day of  June  , 2018 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 7742 Cedarbrook Avenue, Philadelphia, PA 19150 ("Property"), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

Venita K. Clay
7742 Cedarbrook Avenue
Philadelphia, PA 19150

Henry Alan Jefferson
BNY Mellon Center
1735 Market Street, Suite 3750
Philadelphia, PA 19103

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532