United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Venita K Clay  
      Debtor

Case No. 17-13073-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Jun 29, 2018  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2018.  
db         +Venita K Clay,    7742 Cedarbrook Avenue,    Philadelphia, PA 19150-1402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2018 at the address(es) listed below:

         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         HENRY ALAN JEFFERSON    on behalf of Creditor    Regional Acceptance Corporation  
          hjefferson@hjeffersonlawfirm.com,    hjeffersonone@gmail.com;r60499@notify.bestcase.com  
         HENRY ALAN JEFFERSON    on behalf of Debtor Venita K Clay hjefferson@hjeffersonlawfirm.com,  
          hjeffersonone@gmail.com;r60499@notify.bestcase.com  
         JOSHUA DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,  
          karena.blaylock@phila.gov  
         KEVIN G. MCDONALD    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
          bkgroup@kmllawgroup.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
          bkgroup@kmllawgroup.com  
         PETER E. MELTZER    on behalf of Debtor Venita K Clay bankruptcy@wglaw.com,    mrivera@wglaw.com  
         PETER E. MELTZER    on behalf of Creditor    Regional Acceptance Corporation bankruptcy@wglaw.com,  
          mrivera@wglaw.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
          bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM  
          Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                                                   TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Venita K. Clay<br>           Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>           Movant<br>vs.<br>Venita K. Clay<br>           Debtor | NO. 17-13073 JKF |
| Frederick L. Reigle Esq.<br>           Trustee | 11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this 28th day of June, 2018 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 7742 Cedarbrook Avenue, Philadelphia, PA 19150 ("Property), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

Venita K. Clay
7742 Cedarbrook Avenue
Philadelphia, PA 19150

Henry Alan Jefferson
BNY Mellon Center
1735 Market Street, Suite 3750
Philadelphia, PA 19103

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532