UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

VENITA K. CLAY

                                                          : Bankruptcy No. 17-13073JKF
                    Debtor(s)                             : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____

Jean K. FitzSimon, B. J.

**Date: July 11, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

HENRY ALAN JEFFERSON ESQ
JEFFERSON LAW LLC
1735 MARKET STREET - SUITE 3750
PHILADELPHIA PA 19103-

VENITA K. CLAY
7742 CEDARBROOK AVENUE
PHILADELPHIA,PA.19150