United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13073-jkf
Venita K Clay                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP             Page 1 of 2              Date Rcvd: Jul 11, 2018
                          Form ID: pdf900        Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.
```
db             +Venita K Clay,    7742 Cedarbrook Avenue,    Philadelphia, PA 19150-1402
13910557      ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
               (address filed with court: Aaron Sales & Lease Ownerships,     1015 Cobb Place, Blvd NW,
                 Kennesaw, GA 30144)
13930867      ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services dba GM Financial,    PO Box 183853,
                 Arlington TX 76096)
13920678       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13983148       +American Credit Financial Services, Inc,    dba GM Financial,    PO Box 183853,
                 Arlington, TX 76096-3853
13910558        Amerifinancial Solutions,    PO Box 65018,    Baltimore, MD 21264-5018
13910561       +Chestnut Hill Hospital,    8835 Germantown Avenue,    Philadelphia, PA 19118-2765
13910563       +City of Philadelphia Department of,    Revenue - Water Revenue Bureau,
                 Municipal Services Building,    1401 JFK Boulevard, Concourse Level,
                 Philadelphia, PA 19102-1606
13910567       +Duvera,    1910 Palomar Point Way, Ste 101,    Carlsbad, CA 92008-5578
13910568       +ERC/Direct TV Inc.,    PO Box 57547,    Jacksonville, FL 32241-7547
13910569       +First Credit Services,    377 Hoes Lane, Ste 200,    Piscataway, NJ 08854-4155
13910571       +GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
13910572       +Goldey-Beacom College,    4701 Limestone Road,    Wilmington, DE 19808-1993
13910573       +JP Morgan Chase, N.A.,    3415 Vision Drive,    Columbus, OH 43219-6009
13980180       +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 ATTN: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13910575       +KML Law Group, P.C.,    BNY Mellon Independence Center, Ste 500,
                 Attn: Crystal T. Espanol, Esq.,    701 Market Street,    Philadelphia, PA 19106-1538
13910574       +Kim's Karate,    Cedar Brook Plaza,    1000 Easton Road, Store 208-B,    Wyncote, PA 19095-2918
13910576       +Medical Data Systems,    645 Walnut Street, Ste 5,    Gadsden, AL 35901-4173
13910578       +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
13910577       +Philadelphia Gas Works,    c/o City of Philadephia Law Department,
                 1515 Arch Street, 14th Floor,    Philadelphia, PA 19102-1504
13950358       +Prenlyn Enterprises, Inc.,    dba Midas Tire & Auto - Ogantz,    Easy Pay Finance,    PO Box 2549,
                 Carlsbad, CA 92018-2549
13910580       +Sunrise Credit Services,    234 Airport Plaza Blvd, Ste 4,    Farmingdale, NY 11735-3938
13910581       +Trumark Financial CU,    1000 Northbrook Drive,    Feasterville Trevose, PA 19053-8430
13910588       +Water Revenue Bureau,    c/o City of Philadelphia Law Department,
                 Municipal Services Building, 5th Floor,    1404 JFK Boulevard,    Philadelphia, PA 19107-3212
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 12 2018 02:40:41     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2018 02:40:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2018 02:40:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Jul 12 2018 02:40:40     City of Philadelphia,
                 c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,    Philadelphia, PA  19102
13990648       +E-mail/Text: g20956@att.com Jul 12 2018 02:40:51     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
13910562        E-mail/Text: megan.harper@phila.gov Jul 12 2018 02:40:40     City of Philadelphia,
                 c/o Law Department,    1515 Arch Street, 14th Floor,    Philadelphia, PA 19102
14002925        E-mail/Text: megan.harper@phila.gov Jul 12 2018 02:40:41     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13910560        E-mail/Text: feedback@cascadereceivables.com Jul 12 2018 02:40:54     Cascade Capital, LLC,
                 1670 Corporate Circle, STE 202,    Petaluma, CA 94954-6952
14011396       +E-mail/Text: lisa@galwayfinancialservices.com Jul 12 2018 02:40:59
                 GALWAY FINANCIAL SERVICES LLC,    1290 W. SPRING ST. SE. SUITE 270,    SMYRNA, GA 30080-3690
13928023        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 12 2018 02:42:04     Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
13910579       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 12 2018 02:42:04     Regional Acceptance Corporation,
                 1424 Fire Tower Road,    Greenville, NC 27858-4105
                                                                                              TOTAL: 11
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13951235        Jefferson Law
13951237        Jefferson Law, LLC
13951233        Jefferson Law,LLC
```

```
District/off: 0313-2          User: PaulP                 Page 2 of 2                  Date Rcvd: Jul 11, 2018
                              Form ID: pdf900             Total Noticed: 35

13910559*         Amerifinancial Solutions,   PO Box 65018,    Baltimore, MD 21264-5018
13910564*        +City of Philadelphia Department of,    Revenue - Water Revenue Bureau,
                   Municipal Services Building,   1401 JFK Boulevard, Concourse Level,
                   Philadelphia, PA 19102-1606
13910565*        +City of Philadelphia Department of,    Revenue - Water Revenue Bureau,
                   Municipal Services Building,   1401 JFK Boulevard, Concourse Level,
                   Philadelphia, PA 19102-1606
13910566*        +City of Philadelphia Department of,    Revenue - Water Revenue Bureau,
                   Municipal Services Building,   1401 JFK Boulevard, Concourse Level,
                   Philadelphia, PA 19102-1606
13910570*        +First Credit Services,   377 Hoes Lane, Ste 200,    Piscataway, NJ 08854-4155
13910582*        +Trumark Financial CU,    1000 Northbrook Drive,    Feasterville Trevose, PA 19053-8430
13910583*        +Trumark Financial CU,    1000 Northbrook Drive,    Feasterville Trevose, PA 19053-8430
13910584*        +Trumark Financial CU,    1000 Northbrook Drive,    Feasterville Trevose, PA 19053-8430
13910585*        +Trumark Financial CU,    1000 Northbrook Drive,    Feasterville Trevose, PA 19053-8430
13910586*        +Trumark Financial CU,    1000 Northbrook Drive,    Feasterville Trevose, PA 19053-8430
13910587*        +Trumark Financial CU,    1000 Northbrook Drive,    Feasterville Trevose, PA 19053-8430
13910589*        +Water Revenue Bureau,    c/o City of Philadelphia Law Department,
                   Municipal Services Building, 5th Floor,    1404 JFK Boulevard,   Philadelphia, PA 19107-3212
13910590*        +Water Revenue Bureau,    c/o City of Philadelphia Law Department,
                   Municipal Services Building, 5th Floor,    1404 JFK Boulevard,   Philadelphia, PA 19107-3212
                                                                                               TOTALS: 3, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              HENRY ALAN JEFFERSON    on behalf of Debtor Venita K Clay hjefferson@hjeffersonlawfirm.com,
               hjeffersonone@gmail.com;r60499@notify.bestcase.com
              HENRY ALAN JEFFERSON    on behalf of Creditor    Regional Acceptance Corporation
               hjefferson@hjeffersonlawfirm.com,    hjeffersonone@gmail.com;r60499@notify.bestcase.com
              JOSHUA DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEVIN G. MCDONALD    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              PETER E. MELTZER    on behalf of Debtor Venita K Clay bankruptcy@wglaw.com,   mrivera@wglaw.com
              PETER E. MELTZER    on behalf of Creditor    Regional Acceptance Corporation bankruptcy@wglaw.com,
               mrivera@wglaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                         :

VENITA K. CLAY

                                               : Bankruptcy No. 17-13073JKF
    Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: July 11, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

HENRY ALAN JEFFERSON ESQ
JEFFERSON LAW LLC
1735 MARKET STREET - SUITE 3750
PHILADELPHIA PA 19103-

VENITA K. CLAY
7742 CEDARBROOK AVENUE
PHILADELPHIA,PA.19150